**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Gerald E. Kane                                  CHAPTER 13

                         Debtor(s)

                                                         BKY. NO. 21-13401 ELF

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of CSMC 2018-SP3 Trust and index same on the master mailing list.

                                                 Respectfully submitted,

/s/ Rebecca Solarz
Rebecca Solarz
04 Jan 2022, 16:12:26, EST

                       KML Law Group, P.C.
                       701 Market Street, Suite 5000
                       Philadelphia, PA 19106-1532
                       (215) 627-1322