UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

IN RE:                                                        CASE NO.: 21-13401-elf
                                                                           CHAPTER 13

**Gerald E Kane,**
   **Debtor.**

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Select Portfolio Servicing, Inc. ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**130 CLINTON RD #202**
**FAIRFIELD, NJ 07004**

                                           Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                           Authorized Agent for Secured Creditor
                                           130 Clinton Rd #202
                                           Fairfield, NJ 07004
                                           Telephone: 470-321-7112

                                           By: /s/Charles Wohlrab
                                                 Charles Wohlrab, Esq.
                                                 Email: CWohlrab@raslg.com

## **CERTIFICATE OF SERVICE**

      **I HEREBY CERTIFY** that on January 19, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GERALD E KANE
1146 ST. FINEGAN DRIVE
WEST CHESTER, PA 19382

And via electronic mail to:

JOSEPH F. CLAFFY & ASSOCIATES, P.C.
26 SOUTH CHURCH STREET, SUITE 1 SOUTH
WEST CHESTER, PA 19382

KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE 1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE 200 CHESTNUT STREET SUITE 502
PHILADELPHIA, PA 19106

                                                            By: /s/ Brianna Carr