# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

          Chapter 13

          Bankruptcy No. 21-13401-ELF

GERALD  E KANE

1146 ST. FINEGAN DRIVE

WEST CHESTER, PA 19382

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

GERALD  E KANE

1146 ST. FINEGAN DRIVE

WEST CHESTER, PA 19382

Counsel for debtor(s), by electronic notice only.

    JOSEPH F CLAFFY, ESQ
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382-

Date: 2/15/2022

/S/ Kenneth E. West
_____

Kenneth E. West, Esquire
Chapter 13 Standing Trustee