WICKERSHAM CUSTOM HOMES LLC
1146 Finegan Dr
West Chester PA 19382

1409-7200
EE ID:

GERALD E KANE
1146 ST FINIGAN DR
WEST CHESTER PA  19382

NON-NEGOTIABLE
NON-NEGOTIABLE
Payrolls by Paychex, Inc.

### PERSONAL AND CHECK INFORMATION
Gerald E Kane
1146 St Finigan Dr
West Chester, PA  19382
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1

**Pay Period:** 01/01/22 **to** 01/07/22
**Check Date:** 01/07/22    **Check #:** Paid in Cash

### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1436.87 | 1436.87 |
| **NET PAY** | **1436.87** | **1436.87** |

### EARNINGS

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2000.00 | | 2000.00 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 2000.00 | | 2000.00 |
| | **Total Hrs Worked** | | | | | |

### WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 124.00 | 124.00 |
| Medicare | | 29.00 | 29.00 |
| Fed Income Tax | S 1 | 321.53 | 321.53 |
| PA Income Tax | | 61.40 | 61.40 |
| PA Unemploy | | 1.20 | 1.20 |
| PA EBRAD-Che In | | 25.00 | 25.00 |
| PA LEBC1-Che L | | 1.00 | 1.00 |
| **TOTAL** | | 563.13 | 563.13 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1436.87** | **1436.87** |

Payrolls by Paychex, Inc.

0058 1409-7200 Wickersham Custom Homes LLC • 1146 Finegan Dr • West Chester PA 19382 • (610) 636-4876

WICKERSHAM CUSTOM HOMES LLC
1146 Finegan Dr
West Chester PA  19382

1409-7200
EE ID:

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

GERALD E KANE
1146 ST FINIGAN DR
WEST CHESTER PA  19382

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Gerald E Kane | | |
| 1146 St Finigan Dr | | |
| West Chester, PA  19382 | | |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1 | | |
| | | |
| **Pay Period:** 12/25/21 **to** 12/31/21 | | |
| **Check Date:** 12/31/21   **Check #:** Paid in Cash | | |
| NET PAY ALLOCATIONS | | |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
| Check Amount | 1431.46 | 73004.46 |
| **NET PAY** | **1431.46** | **73004.46** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 2000.00 | | 102000.00 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 2000.00 | | 102000.00 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 124.00 | 6324.00 |
| | Medicare | | 29.00 | 1479.00 |
| | Fed Income Tax | S 1 | 326.94 | 16673.94 |
| | PA Income Tax | | 61.40 | 3131.40 |
| | PA Unemploy | | 1.20 | 61.20 |
| | PA EBRAD-Che In | | 25.00 | 1275.00 |
| | PA LEBC1-Che L | | 1.00 | 51.00 |
| | **TOTAL** | | 568.54 | 28995.54 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1431.46** | **73004.46** |

*Payrolls by Paychex, Inc.*

0058  1409-7200  Wickersham Custom Homes LLC • 1146 Finegan Dr • West Chester PA  19382 • (610) 636-4876

WICKERSHAM CUSTOM HOMES LLC
1146 Finegan Dr
West Chester PA  19382

1409-7200
EE ID:

GERALD E KANE
1146 ST FINIGAN DR
WEST CHESTER PA  19382

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|---|---|---|
| Gerald E Kane | | | | | Salary | | | 2000.00 | | 100000.00 |
| 1146 St Finigan Dr | | | | | **Total Hours** | | | | | |
| West Chester, PA  19382 | | | | | **Gross Earnings** | | | 2000.00 | | 100000.00 |
| **Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1 | | | | | **Total Hrs Worked** | | | | | |
| | | | WITHHOLDINGS | | DESCRIPTION | FILING STATUS | | THIS PERIOD ($) | | YTD ($) |
| **Pay Period:** 12/18/21 **to** 12/24/21 | | | | | Social Security | | | 124.00 | | 6200.00 |
| **Check Date:** 12/24/21   **Check #:** Paid in Cash | | | | | Medicare | | | 29.00 | | 1450.00 |
| NET PAY ALLOCATIONS | | | | | Fed Income Tax | S 1 | | 326.94 | | 16347.00 |
| | | | | | PA Income Tax | | | 61.40 | | 3070.00 |
| DESCRIPTION | THIS PERIOD ($) | YTD ($) | | | PA Unemploy | | | 1.20 | | 60.00 |
| Check Amount | 1431.46 | 71573.00 | | | PA EBRAD-Che In | | | 25.00 | | 1250.00 |
| **NET PAY** | **1431.46** | **71573.00** | | | PA LEBC1-Che L | | | 1.00 | | 50.00 |
| | | | | | **TOTAL** | | | 568.54 | | 28427.00 |

| | NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | **1431.46** | **71573.00** |

*Payrolls by Paychex, Inc.*

0058  1409-7200  Wickersham Custom Homes LLC • 1146 Finegan Dr • West Chester PA  19382 • (610) 636-4876

WICKERSHAM CUSTOM HOMES LLC
1146 Finegan Dr
West Chester PA  19382

1409-7200
EE ID:

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

GERALD E KANE
1146 ST FINIGAN DR
WEST CHESTER PA  19382

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

---

**PERSONAL AND CHECK INFORMATION**
Gerald E Kane
1146 St Finigan Dr
West Chester, PA  19382
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1

**Pay Period:** 12/11/21 **to** 12/17/21
**Check Date:** 12/17/21    **Check #:** Paid in Cash

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1431.46 | 70141.54 |
| **NET PAY** | **1431.46** | **70141.54** |

| EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|
| | | Salary | | | 2000.00 | | 98000.00 |
| | | **Total Hours** | | | | | |
| | | **Gross Earnings** | | | 2000.00 | | 98000.00 |
| | | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 124.00 | 6076.00 |
| | Medicare | | 29.00 | 1421.00 |
| | Fed Income Tax | S 1 | 326.94 | 16020.06 |
| | PA Income Tax | | 61.40 | 3008.60 |
| | PA Unemploy | | 1.20 | 58.80 |
| | PA EBRAD-Che In | | 25.00 | 1225.00 |
| | PA LEBC1-Che L | | 1.00 | 49.00 |
| | **TOTAL** | | 568.54 | 27858.46 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1431.46** | **70141.54** |

*Payrolls by Paychex, Inc.*

0058  1409-7200  Wickersham Custom Homes LLC • 1146 Finegan Dr • West Chester PA  19382 • (610) 636-4876

WICKERSHAM CUSTOM HOMES LLC
1146 Finegan Dr
West Chester PA  19382

1409-7200
EE ID:

GERALD E KANE
1146 ST FINIGAN DR
WEST CHESTER PA  19382

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Gerald E Kane | | |
| 1146 St Finigan Dr | | |
| West Chester, PA  19382 | | |
| **Soc Sec #:** xxx-xx-xxxx  **Employee ID:** 1 | | |
| | | |
| **Pay Period:** 12/04/21 **to** 12/10/21 | | |
| **Check Date:** 12/10/21  **Check #:** Paid in Cash | | |
| NET PAY ALLOCATIONS | | |
| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
| Check Amount | 1431.46 | 68710.08 |
| **NET PAY** | **1431.46** | **68710.08** |

| EARNINGS | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *THIS PERIOD ($)* | *YTD HOURS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Salary | | | 2000.00 | | 96000.00 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 2000.00 | | 96000.00 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | *DESCRIPTION* | *FILING STATUS* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|---|---|
| | Social Security | | 124.00 | 5952.00 |
| | Medicare | | 29.00 | 1392.00 |
| | Fed Income Tax | S 1 | 326.94 | 15693.12 |
| | PA Income Tax | | 61.40 | 2947.20 |
| | PA Unemploy | | 1.20 | 57.60 |
| | PA EBRAD-Che In | | 25.00 | 1200.00 |
| | PA LEBC1-Che L | | 1.00 | 48.00 |
| | **TOTAL** | | 568.54 | 27289.92 |

| NET PAY | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **1431.46** | **68710.08** |

*Payrolls by Paychex, Inc.*

0058  1409-7200  Wickersham Custom Homes LLC • 1146 Finegan Dr • West Chester PA  19382 • (610) 636-4876

WICKERSHAM CUSTOM HOMES LLC
1146 Finegan Dr
West Chester PA 19382

EE ID: 1409-7200

GERALD E KANE
1146 ST FINIGAN DR
WEST CHESTER PA  19382

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

---

| PERSONAL AND CHECK INFORMATION | EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|---|

Gerald E Kane
1146 St Finigan Dr
West Chester, PA 19382
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1

**Pay Period:** 11/27/21 **to** 12/03/21
**Check Date:** 12/03/21    **Check #:** Paid in Cash

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1431.46 | 67278.62 |
| **NET PAY** | **1431.46** | **67278.62** |

EARNINGS

| DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Salary | | | 2000.00 | | 94000.00 |
| **Total Hours** | | | | | |
| **Gross Earnings** | | | 2000.00 | | 94000.00 |
| **Total Hrs Worked** | | | | | |

WITHHOLDINGS

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 124.00 | 5828.00 |
| Medicare | | 29.00 | 1363.00 |
| Fed Income Tax | S 1 | 326.94 | 15366.18 |
| PA Income Tax | | 61.40 | 2885.80 |
| PA Unemploy | | 1.20 | 56.40 |
| PA EBRAD-Che In | | 25.00 | 1175.00 |
| PA LEBC1-Che L | | 1.00 | 47.00 |
| **TOTAL** | | 568.54 | 26721.38 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1431.46** | **67278.62** |

*Payrolls by Paychex, Inc.*

0058 1409-7200  Wickersham Custom Homes LLC • 1146 Finegan Dr • West Chester PA  19382 • (610) 636-4876

WICKERSHAM CUSTOM HOMES LLC
1146 Finegan Dr
West Chester PA  19382

EE ID: 1409-7200

GERALD E KANE
1146 ST FINIGAN DR
WEST CHESTER PA  19382

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Gerald E Kane | | |
| 1146 St Finigan Dr | | |
| West Chester, PA  19382 | | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1 | | |
| **Pay Period:** 11/20/21 **to** 11/26/21 | | |
| **Check Date:** 11/26/21    **Check #:** Paid in Cash | | |
| NET PAY ALLOCATIONS | | |
| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
| Check Amount | 1431.46 | 65847.16 |
| **NET PAY** | **1431.46** | **65847.16** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2000.00 | | 92000.00 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 2000.00 | | 92000.00 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 124.00 | 5704.00 |
| | Medicare | | 29.00 | 1334.00 |
| | Fed Income Tax | S 1 | 326.94 | 15039.24 |
| | PA Income Tax | | 61.40 | 2824.40 |
| | PA Unemploy | | 1.20 | 55.20 |
| | PA EBRAD-Che In | | 25.00 | 1150.00 |
| | PA LEBC1-Che L | | 1.00 | 46.00 |
| | **TOTAL** | | 568.54 | 26152.84 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1431.46** | **65847.16** |

*Payrolls by Paychex, Inc.*

0058 1409-7200  Wickersham Custom Homes LLC • 1146 Finegan Dr • West Chester PA  19382 • (610) 636-4876

WICKERSHAM CUSTOM HOMES LLC
1146 Finegan Dr
West Chester PA  19382

1409-7200
EE ID:

*Payrolls by Paychex, Inc.*

GERALD E KANE
1146 ST FINIGAN DR
WEST CHESTER PA  19382

NON-NEGOTIABLE

NON-NEGOTIABLE

### PERSONAL AND CHECK INFORMATION
Gerald E Kane
1146 St Finigan Dr
West Chester, PA  19382
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1

**Pay Period:** 11/13/21 **to** 11/19/21
**Check Date:** 11/19/21    **Check #:** Paid in Cash

#### NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1431.46 | 64415.70 |
| **NET PAY** | **1431.46** | **64415.70** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
|  | Salary |  |  | 2000.00 |  | 90000.00 |
|  | **Total Hours** |  |  |  |  |  |
|  | **Gross Earnings** |  |  | 2000.00 |  | 90000.00 |
|  | **Total Hrs Worked** |  |  |  |  |  |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
|  | Social Security |  | 124.00 | 5580.00 |
|  | Medicare |  | 29.00 | 1305.00 |
|  | Fed Income Tax | S 1 | 326.94 | 14712.30 |
|  | PA Income Tax |  | 61.40 | 2763.00 |
|  | PA Unemploy |  | 1.20 | 54.00 |
|  | PA EBRAD-Che In |  | 25.00 | 1125.00 |
|  | PA LEBC1-Che L |  | 1.00 | 45.00 |
|  | **TOTAL** |  | 568.54 | 25584.30 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
|  | **1431.46** | **64415.70** |

*Payrolls by Paychex, Inc.*

0058  1409-7200  Wickersham Custom Homes LLC • 1146 Finegan Dr • West Chester PA  19382 • (610) 636-4876

WICKERSHAM CUSTOM HOMES LLC
1146 Finegan Dr
West Chester PA  19382

1409-7200
EE ID:

NON-NEGOTIABLE

GERALD E KANE
1146 ST FINIGAN DR
WEST CHESTER PA  19382

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

---

**PERSONAL AND CHECK INFORMATION**
Gerald E Kane
1146 St Finigan Dr
West Chester, PA  19382
**Soc Sec #:** xxx-xx-xxxx   **Employee ID:** 1

**Pay Period:** 11/06/21 **to** 11/12/21
**Check Date:** 11/12/21   **Check #:** Paid in Cash

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1431.46 | 62984.24 |
| **NET PAY** | **1431.46** | **62984.24** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Salary | | | 2000.00 | | 88000.00 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 2000.00 | | 88000.00 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 124.00 | 5456.00 |
| | Medicare | | 29.00 | 1276.00 |
| | Fed Income Tax | S 1 | 326.94 | 14385.36 |
| | PA Income Tax | | 61.40 | 2701.60 |
| | PA Unemploy | | 1.20 | 52.80 |
| | PA EBRAD-Che In | | 25.00 | 1100.00 |
| | PA LEBC1-Che L | | 1.00 | 44.00 |
| | **TOTAL** | | 568.54 | 25015.76 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | **1431.46** | **62984.24** |

*Payrolls by Paychex, Inc.*

0058 1409-7200 Wickersham Custom Homes LLC • 1146 Finegan Dr • West Chester PA  19382 • (610) 636-4876

WICKERSHAM CUSTOM HOMES LLC
1146 Finegan Dr
West Chester PA  19382

1409-7200
EE ID

NON-NEGOTIABLE

GERALD E KANE
1146 ST FINIGAN DR
WEST CHESTER PA  19382

NON-NEGOTIABLE

*Payrolls by Paychex, Inc.*

**PERSONAL AND CHECK INFORMATION**
Gerald E Kane
1146 St Finigan Dr
West Chester, PA  19382
**Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1

**Pay Period:** 10/30/21 **to** 11/05/21
**Check Date:** 11/05/21    **Check #:** Paid in Cash

NET PAY ALLOCATIONS

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 1431.46 | 61552.78 |
| **NET PAY** | **1431.46** | **61552.78** |

| EARNINGS | DESCRIPTION | HRS/UNITS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
|  | Salary |  |  | 2000.00 |  | 86000.00 |
|  | **Total Hours** |  |  |  |  |  |
|  | **Gross Earnings** |  |  | 2000.00 |  | 86000.00 |
|  | **Total Hrs Worked** |  |  |  |  |  |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
|  | Social Security |  | 124.00 | 5332.00 |
|  | Medicare |  | 29.00 | 1247.00 |
|  | Fed Income Tax | S 1 | 326.94 | 14058.42 |
|  | PA Income Tax |  | 61.40 | 2640.20 |
|  | PA Unemploy |  | 1.20 | 51.60 |
|  | PA EBRAD-Che In |  | 25.00 | 1075.00 |
|  | PA LEBC1-Che L |  | 1.00 | 43.00 |
|  | **TOTAL** |  | 568.54 | 24447.22 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
|  | **1431.46** | **61552.78** |

*Payrolls by Paychex, Inc.*

0058  1409-7200  Wickersham Custom Homes LLC • 1146 Finegan Dr • West Chester PA  19382 • (610) 636-4876

WICKERSHAM CUSTOM HOMES LLC
1146 Finegan Dr
West Chester PA  19382

1409-7200
EE ID

*Payrolls by Paychex, Inc.*

NON-NEGOTIABLE

GERALD E KANE
1146 ST FINIGAN DR
WEST CHESTER PA  19382

NON-NEGOTIABLE

| PERSONAL AND CHECK INFORMATION | | |
|---|---|---|
| Gerald E Kane | | |
| 1146 St Finigan Dr | | |
| West Chester, PA  19382 | | |
| **Soc Sec #:** xxx-xx-xxxx    **Employee ID:** 1 | | |
| | | |
| **Pay Period:** 10/23/21 **to** 10/29/21 | | |
| **Check Date:** 10/29/21    **Check #:** Paid in Cash | | |
| NET PAY ALLOCATIONS | | |
| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
| Check Amount | 1431.46 | 60121.32 |
| **NET PAY** | **1431.46** | **60121.32** |

| EARNINGS | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *THIS PERIOD ($)* | *YTD HOURS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Salary | | | 2000.00 | | 84000.00 |
| | **Total Hours** | | | | | |
| | **Gross Earnings** | | | 2000.00 | | 84000.00 |
| | **Total Hrs Worked** | | | | | |

| WITHHOLDINGS | *DESCRIPTION* | *FILING STATUS* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|---|---|
| | Social Security | | 124.00 | 5208.00 |
| | Medicare | | 29.00 | 1218.00 |
| | Fed Income Tax | S 1 | 326.94 | 13731.48 |
| | PA Income Tax | | 61.40 | 2578.80 |
| | PA Unemploy | | 1.20 | 50.40 |
| | PA EBRAD-Che In | | 25.00 | 1050.00 |
| | PA LEBC1-Che L | | 1.00 | 42.00 |
| | **TOTAL** | | 568.54 | 23878.68 |

| NET PAY | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **1431.46** | **60121.32** |

*Payrolls by Paychex, Inc.*

0058  1409-7200  Wickersham Custom Homes LLC • 1146 Finegan Dr • West Chester PA  19382 • (610) 636-4876