

Cavalry Portfolio Services, LLC
P.O Box 4252
Greenwich, CT 06831
Phone: 800-501-0909 x53450

April 6, 2022

Clerk, US Bankruptcy Court
Eastern District of Pennsylvania

**<u>WITHDRAWAL OF CLAIM</u>**

Re: Gerald E Kane

Case #: 21-13401

To the Clerk of the Court,

Please be advised that this letter is the written request from Cavalry Portfolio Services, LLC to withdraw claim # 1-1, claim amount $ 2138.52  filed  12/31/2021.

If you have any questions, please contact Cavalry Portfolio Services, LLC at 1-800-501-0909.

Respectfully,

/s/ Kevin Maher
Bankruptcy Specialist
Cavalry Portfolio Services, LLC


Kenneth E. West, Chapter 13 Trustee


Joseph F. Claffy, Attorney for Debtor