# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 21-13401-ELF

GERALD E KANE

1146 ST. FINEGAN DRIVE

WEST CHESTER, PA 19382

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

  GERALD E KANE

  1146 ST. FINEGAN DRIVE

  WEST CHESTER, PA 19382

Counsel for debtor(s), by electronic notice only.

  JOSEPH F CLAFFY, ESQ
  26 SOUTH CHURCH ST
  SUITE 1 SOUTH
  WEST CHESTER, PA 19382-

Date: 4/28/2022

                                      /S/ Kenneth E. West
                                      _____
                                      Kenneth E. West, Esquire
                                      Chapter 13 Standing Trustee