# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                                            Chapter 13

GERALD E KANE                              Bankruptcy No. 21-13401-ELF

1146 ST. FINEGAN DRIVE

WEST CHESTER, PA 19382

       Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes Kenneth E. West, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    GERALD  E KANE

    1146 ST. FINEGAN DRIVE

    WEST CHESTER, PA 19382

**Counsel for debtor(s), by electronic notice only.**
    JOSEPH F CLAFFY, ESQ
    26 SOUTH CHURCH ST
    SUITE 1 SOUTH
    WEST CHESTER, PA 19382-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 5/17/2022                                                                                                    /s/ Kenneth E. West

                                                                                                  _____
                                                                                                  Kenneth E. West, Esquire
                                                                                                  Chapter 13 Standing Trustee