**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:       GERALD E. KANE       :       CHAPTER 13
                                  :
                                  :
             DEBTOR               :       CASE NO. 21-13401 ELF

_____

**CERTIFICATION OF SERVICE OF FIRST AMENDED CHAPTER 13 PLAN**

I certify that I have, on the 10th day of October, 2022, served a copy of the Debtor's

FIRST Amended Chapter 13 Plan, filed the 10th day of October upon the following entities :

<u>VIA ECF</u>

KENNETH E. WEST, Standing Chapter 13 Trustee, and U.S. Trustee

<u>VIA FIRST CLASS U.S. MAIL</u>  deposited October 10th , 2022

upon all secured and priority creditors, co-debtors ( if any), any adversely effected unsecured creditors in interest and those requesting notice

**ADDRESSED TO THE NOTICE ADDRESS CONTAINED IN THE CLAIMS REGISTER OR REQUEST FOR NOTICE FILED WITH THE COURT**

_____/s/Joseph F. Claffy, Esq._____
JOSEPH F. CLAFFY, ESQUIRE
Attorney I.D. # 35142
26 S. Church Street
West Chester, PA 19382
610-429-0900
Attorney for Debtor