# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | : |
| GERALD E. KANE | : |
| xxx-xx-9369 | :CHAPTER 13 |
|          Debtor. | :CASE NO. 21-13401/ELF |
| | : |
| _____ | : |

**PRAECIPE TO WITHDRAW OJECTION TO CONFIRMATION OF PLAN FILED ON 3/4/2022**

     Secured Creditor, U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust, is withdrawing its objection to plan, document number 23, filed on March 4, 2022.  Debtor's amended plan filed on October 10, 2022 honors claim number 5, as filed.

                                       Respectfully submitted,
                                       Romano Garubo & Argentieri


                                       /s/EMMANUEL J. ARGENTIERI
                                       EMMANUEL J. ARGENTIERI

Date:  10/13/2022

ROMANO GARUBO & ARGENTIERI
Emmanuel J. Argentieri, Esquire/59264
52 Newton Avenue, P.O. Box 456
Woodbury, New Jersey 08096
(856) 384-1515 --- eargentieri@rgalegal.com