### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:      GERALD E. KANE    :    CHAPTER 13
:
:
            DEBTOR    :    CASE NO. 2113401-elf

_____

**CERTIFICATION OF SERVICE OF SECOND AMENDED CHAPTER 13 PLAN**

I certify that I have, on the 19th day of October 2022, served a copy of the Debtor's Second Amended Chapter 13 Plan, filed the 19th day of October 2022 in accord with the requirements of Fed. R. Bankr. Proc. 3015, 3012 and L.B.R. 3015-3; upon the following entities :

<u>VIA ECF</u>

Kenneth E. West, Standing Chapter 13 Trustee, and U.S. Trustee

<u>VIA FIRST CLASS U.S. MAIL</u>  deposited October 19th, 2022 upon

ALL PRIORITY CREDITORS: NONE
ALL SECURED CREDITORS:

US BANK, NA via ECF to EMMANUEL ARGENTIERI, its attorney and via US MAIL at its Notice Address as stated in its Proof of Claim : US BANK AS TRUSTEE for TRUMAN 2021 SC9 TITLE TRUST c/o Rushmore Loan Management Services P.O. Box 52708 Irvine, CA 92619-2708 And to its CEO ANDY CECERE, 425 Walnut St., Cincinnati, OH 45202 via Certified Mail Return Receipt Requested

USAA FEDERAL SAVINGS BANK via ECF to its attorney in this case Charles Wohrab and at its POC Notice address: c/o Robertson, Anshutz Schneid & Crane 120700 Abbotts Bridge Rd. Suite 170, Duluth, GA 30097 and to its CEO WAYNE PEACOCK, 9800 Fredericksburg Road, San Antonio TX 78288 via Certified Mail Return Receipt Requested

CSMC 2018-SP3 TRUST via ECF to its attorney in this case Bryan Craig Nicholas at KML Law Group and to its POC Notice Address, c/o Select Portfolio Servicing, Inc., POB 65250 Salt Lake City Utah 84165-0250 via US Mail.

UNSECURED CREDITORS via regular US Mail to their POC Notice address as follows:
Pinnacle Credit Services LLC, Resurgent Capital Services
POB 10587, Greenville, SC 29603-0587 and
LVNV FUNDING LLC Resurgent Capital Services
POB 10587, Greenville, SC 29603-0587

all creditors requesting notice (if any) and any adversely effected creditors in interest are included above.

**ADDRESSED TO THE NOTICE ADDRESS CONTAINED IN THE CLAIMS REGISTER OR REQUEST FOR NOTICE FILED WITH THE COURT**

                                    ___/s/Joseph F. Claffy, Esq.___
                                        JOSEPH F. CLAFFY, ESQUIRE
                                        Attorney I.D. # 35142
                                        26 S. Church Street
                                        West Chester, PA 19382
                                        610-429-0900
                                        Attorney for Debtor