United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13401-elf |
| Gerald E Kane | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Nov 23, 2022 | Form ID: 155 | Total Noticed: 14 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald E Kane, 1146 St. Finegan Drive, West Chester, PA 19382-2318 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14669988 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 23 2022 23:55:00 | CSMC 2018-SP3 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14659916 | ^ | MEBN | Nov 23 2022 23:50:03 | CSMC 2018-SP3 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14659155 | + | Email/Text: bankruptcy@cavps.com | Nov 23 2022 23:55:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14658371 | + | Email/PDF: creditonebknotifications@resurgent.com | Nov 23 2022 23:54:59 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14673995 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 23:54:59 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14659569 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 23 2022 23:54:45 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14671576 | + | Email/Text: RASEBN@raslg.com | Nov 23 2022 23:55:00 | RAS Crane & Partners, LLC, 10700 Abbott's Bridge Rd, suite 170, Duluth, GA 30097-8461 |
| 14662881 | + | Email/Text: RASEBN@raslg.com | Nov 23 2022 23:55:00 | Select Portfolio Servicing, Inc, c/o Robertson, Anschutz et al., 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14658372 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Nov 23 2022 23:55:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14671577 | + | Email/Text: RASEBN@raslg.com | Nov 23 2022 23:55:00 | US Bank NA, c/o Robertson, Anschutz, Schneid, Crane, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14674631 | | Email/Text: flyersprod.inbound@axisai.com | Nov 23 2022 23:55:00 | US Bank, NA as Trustee for, Truman 2021 SC9 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14658373 | + | Email/Text: bkelectronicnotices@usaa.com | Nov 23 2022 23:55:00 | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14674909 | + | Email/Text: RASEBN@raslg.com | Nov 23 2022 23:55:00 | USAA Federal Savings Bank, c/o Robertson, Anschutz,, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Nov 23, 2022 | Form ID: 155 | Total Noticed: 14 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2022                    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2022 at the address(es) listed below:

**Name**  **Email Address**

BRIAN CRAIG NICHOLAS
　　on behalf of Creditor CSMC 2018-SP3 Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
　　on behalf of Creditor U.S. Bank National Association as trustee for Truman 2021 SC9 title trust cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
　　on behalf of Creditor Select Portfolio Servicing  Inc. cwohlrab@raslg.com

DENISE ELIZABETH CARLON
　　on behalf of Creditor CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com

EMMANUEL J. ARGENTIERI
　　on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust bk@rgalegal.com

EMMANUEL J. ARGENTIERI
　　on behalf of Creditor U.S. Bank National Association as trustee for Truman 2021 SC9 title trust bk@rgalegal.com

JOSEPH F. CLAFFY
　　on behalf of Debtor Gerald E Kane claffylaw@outlook.com  claffylaw@aol.com;claffylawecf@gmail.com

KENNETH E. WEST
　　ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
　　on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

United States Trustee
　　USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Gerald E Kane
      Debtor(s)                                  Chapter: 13

                                              Bankruptcy No: 21−13401−elf

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this November 22, 2022 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

   A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

   B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

   C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                             Eric L. Frank
                                                             Judge ,
                                                             United States Bankruptcy Court

                                                                                              68 − 15
                                                                                            Form 155