# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Gerald E. Kane | | CHAPTER 13 |
| Debtor(s) | | |
| CSMC 2018-SP3 Trust | Movant | |
| vs. | | NO. 21-13401 MDC |
| Gerald E. Kane | Debtor(s) | |
| Kenneth E. West | Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this  5th  day of  June , 2023 it is hereby **ORDERED** that if _Gerald E. Kane_ (the "Debtor(s)") and _CSMC 2018-2P3 Trust_ ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

_Magdeline D. Coleman_
Magdeline D. Coleman
United States Bankruptcy Judge