United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13401-mdc |
| Gerald E Kane | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 05, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2023:**

**Recip ID            Recipient Name and Address**
db               +  Gerald E Kane, 1146 St. Finegan Drive, West Chester, PA 19382-2318

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2023           Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2023 at the address(es) listed below:

**Name                        Email Address**

BRIAN CRAIG NICHOLAS
    on behalf of Creditor CSMC 2018-SP3 Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor Select Portfolio Servicing  Inc. cwohlrab@raslg.com

CHARLES GRIFFIN WOHLRAB
    on behalf of Creditor U.S. Bank National Association as trustee for Truman 2021 SC9 title trust cwohlrab@raslg.com

DENISE ELIZABETH CARLON
    on behalf of Creditor CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com

EMMANUEL J. ARGENTIERI
    on behalf of Creditor Truman 2021 SC9 Title Trust bk@rgalegal.com

EMMANUEL J. ARGENTIERI
    on behalf of Creditor U.S. Bank National Association as trustee for Truman 2021 SC9 title trust bk@rgalegal.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Jun 05, 2023 Form ID: pdf900 Total Noticed: 1

EMMANUEL J. ARGENTIERI
    on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust bk@rgalegal.com

JOSEPH F. CLAFFY
    on behalf of Debtor Gerald E Kane claffylaw@outlook.com  claffylaw@aol.com;JClaffyPennsylvania1@jubileebk.net

KENNETH E. WEST
    on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com

KENNETH E. WEST
    ecfemails@ph13trustee.com  philaecf@gmail.com

MARK A. CRONIN
    on behalf of Creditor CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com

MICHAEL PATRICK FARRINGTON
    on behalf of Creditor CSMC 2018-SP3 Trust mfarrington@kmllawgroup.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 13

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Gerald E. Kane | | CHAPTER 13 |
| | Debtor(s) | |
| CSMC 2018-SP3 Trust | Movant | |
| vs. | | NO. 21-13401 MDC |
| Gerald E. Kane | Debtor(s) | |
| Kenneth E. West | Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this  5th  day of  June , 2023 it is hereby **ORDERED** that if <u>Gerald E. Kane</u> (the "Debtor(s)") and <u>CSMC 2018-2P3 Trust</u> ("Mortgagee") elect to enter into the proposed loan modification under the terms proposed by the Mortgagee, the Debtor(s) and Mortgagee may do so without there being any violation of the bankruptcy stay, or the provisions of USC § 362.

_____
Magdeline D. Coleman
United States Bankruptcy Judge