United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Gerald E Kane  
    Debtor

Case No. 21-13401-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 2  
Date Rcvd: Dec 14, 2023 | Form ID: pdf900 | Total Noticed: 6

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald E Kane, 1146 St. Finegan Drive, West Chester, PA 19382-2318 |
| cr | + | U.S. Bank National Association as trustee for Trum, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 15 2023 00:09:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 15 2023 00:09:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bankruptcy@cavps.com | Dec 15 2023 00:09:00 | Cavalry SPV I, LLC, P.O. Box 4252, Greenwich, CT 06831-0405 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 15 2023 00:09:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd., suite 170, Duluth, GA 30097-8461 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 16, 2023      Signature:      /s/Gustava Winters

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Dec 14, 2023     Form ID: pdf900     Total Noticed: 6

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor CSMC 2018-SP3 Trust bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor U.S. Bank National Association as trustee for Truman 2021 SC9 title trust bkecf@friedmanvartolo.com |
| CHARLES GRIFFIN WOHLRAB | on behalf of Creditor Select Portfolio Servicing  Inc. bkecf@friedmanvartolo.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor Truman 2021 SC9 Title Trust bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank National Association as trustee for Truman 2021 SC9 title trust bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust bk@rgalegal.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor CSMC 2018-SP3 Trust mfarrington@kmllawgroup.com |
| SHARON S. MASTERS | on behalf of Debtor Gerald E Kane shmasters@hotmail.com  G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 13

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| | :CHAPTER 13 |
| Gerald E. Kane | : |
| xxx-xx-6227 | : |
|         Debtor. | :CASE NO. 21-13401/MDC |
| _____ | : |
| | : |
| Truman 2021 SC9 Title Trust | : |
|         Movant, | : |
| v. | :Courtroom Number 2 |
| | : |
| GERALD E. KANE | :Hearing Date:  October 17, 2023 |
| | : |
|         Debtor, | : |
| And | : |
| | : |
| KENNETH E. WEST | : |
|         Trustee, | : |
| | : |
|         Respondents. | : |
| | : |
| _____ | : |

**STIPULATION RESOLVING MOTION OF TRUMAN 2021 SC9 TITLE TRUST FOR RELIEF FROM THE AUTOMATIC STAY TO PERMIT MOVANT TO EXERCISE ITS RIGHTS UNDER STATE LAW AGAINST CERTAIN REALTY KNOWN AS 106 SOUTH 24TH STREET, BRIGANTINE, NEW JERSEY 08203**

THIS matter being opened to the Court by Emmanuel J. Argentieri of the law office of Romano Garubo & Argentieri, counsel for the secured creditor, U.S. Bank Trust National Association, not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust, (hereinafter "Movant"), upon the filing of a motion for relief from stay as to real property, more commonly known as 106 South 24th Street, Brigantine, New Jersey 08203; and Joseph F. Claffy, Esquire having filed an answer thereto on behalf of the Debtor; and Sharon S. Masters,

Esquire having taken over representation of the Debtor in the above-captioned case; and it appearing that the parties have amicably resolved their differences and for good cause shown;

1. If any valid proofs of payment are produced by the Debtor, his post-petition mortgage account shall be adjusted accordingly.

2. The Debtor is currently due for the April 1, 2023 through November 1, 2023 post-petition monthly mortgage payments, which are broken down as follows: 8 times payment of $2,489.60, less suspense balance of $2,126.51. The total due is $17,790.29.

3. On or before February 27, 2024, Debtor shall bring his post-petition mortgage account completely current through February 1, 2024.

4. If Debtor complies with Paragraph 3 herein, then commencing with the March 1, 2024 post-petition mortgage installment payment and continuing each month thereafter for the duration of this Chapter 13 proceeding, Debtor shall remit payments directly to Movant as same come due.

5. If Debtor does not comply with Paragraph 3 herein, then Movant shall file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay as to the aforesaid property, effective February 28, 2024.

6. The provisions of this stipulation do not constitute a waiver by the Moving Party of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

7. If the case is converted to a Chapter 7, Movant shall file a Certification of Default with the Court and the Court may enter an Order granting relief from the automatic stay.

8. If Debtor complies with Paragraph 3 herein, then reimbursement of Movant's attorney fees totaling $1,050.00 shall be rolled into Debtor's Chapter 13 plan as a secured claim and shall be paid to Movant over the remaining term of Debtor's plan. Debtor shall modify his plan by March 31, 2024.

9. If any of the aforementioned stipulation payments and/or regular monthly mortgage payments commencing after the cure of the post-petition delinquency are more than thirty (30) days late, Movant may send Debtor a written notice of default of this Stipulation. If the default is not cured within ten (10) days of the date of the notice, counsel for US Bank may file a Certification of Default with the Court and the Court shall enter an Order granting it relief from the automatic stay as to the mortgaged property herein.

*The undersigned hereby consent to the form and entry of the within order.*

/S/EMMANUEL J. ARGENTIERI
Emmanuel J. Argentieri, Esquire          Date: 11/15/2023
Attorney for Movant. US Bank

/S/SHARON S. MASTERS
Sharon S. Masters, Esquire
Attorney for Debtor, Gerald E. Kane       Date: 11/17/2023

/s/ LeeAne O. Huggins
LeeAne O. Huggins, Esquire
For: Kenneth E. West, Esquire
Chapter 13 Trustee
*No objection to the terms, without prejudice
To any of the Trustee's rights and remedies*     Date: 11/28/2023

AND NOW, this __14th__ day of __December__, 2023, it is hereby ORDERED that the foregoing Stipulation is approved, shall be, and is made an Order of this Court.

_____
Honorable Magdeline D. Coleman
U.S. Bankruptcy Judge
Chief Judge, Eastern District of Pennsylvania

*(Page 3 of 3)*