UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.: 21-13401** |
| | **CHAPTER 13** |
| **Gerald E Kane,** | |
|   Debtor. | |

_____/

## REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of CSMC 2018-SP3 Trust ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GEORGIA  30004**

                                                Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                                Attorney for Secured Creditor
                                                130 Clinton Rd #202
                                                Fairfield, NJ 07004
                                                Telephone: 470-321-7112
                                                Facsimile: 404-393-1425

                                            By: <u>/s/Robert Shearer</u>
                                                Robert Shearer
                                                Email: rshearer@raslg.com

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on June 13, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

GERALD E KANE
1146 ST. FINEGAN DRIVE
WEST CHESTER, PA 19382

And via electronic mail to:

LAW OFFICE OF SHARON S. MASTERS
132 OVERLEAF DRIVE
THORNDALE, PA 19372

KENNETH E. WEST
CHAPTER 13 STANDING TRUSTEE
1234 MARKET STREET - SUITE 1813
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

By: /s/Robert Shearer
Robert Shearer
Email: rshearer@raslg.com