## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA
## PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Gerald E. Kane**<br><br>     **Debtor**<br><br>**Marianne Kane**<br><br>     **Joint/Co Debtor**<br><br>**CSMC 2018-SP3 TRUST**<br><br>     **Movant**<br><br>**v.**<br><br>**Gerald E. Kane**<br><br>     **Debtor/Respondent**<br><br>**Marianne Kane**<br><br>     **Co-Debtor**<br><br>**Kenneth E. West, Esquire**<br><br>     **Trustee/Respondent** | **Bankruptcy No. 21-13401-amc**<br><br>**Chapter 13**<br><br>**Hearing Date: December 19, 2024**<br>**Hearing Time: 11:00 a.m.**<br>**Location: Courtroom #4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse 900 Market Street, Suite 204 Philadelphia, PA 19107** |

## <u>CERTIFICATE OF NO OBJECTION</u>

The undersigned hereby certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion for Relief from Stay, filed at Docket No. 103 appears thereon.  It is hereby respectfully requested that the Order attached to the Movant's Motion for Relief from the Automatic Stay be entered by the Court.


Dated: <u>12/12/2024</u>

**Robertson, Anschutz, Schneid, Crane**
**& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: <u>/s/ Robert Shearer</u>
Robert Shearer, Esquire
PA Bar Number 83745
Email: rshearer@raslg.com

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**Gerald E. Kane**<br>        Debtor<br><br>**Marianne Kane**<br>        Joint/Co Debtor<br>**CSMC 2018-SP3 TRUST**<br><br>        Movant<br><br>v.<br><br>**Gerald E. Kane**<br>        Debtor/Respondent<br><br>**Marianne Kane**<br>        Co-Debtor<br><br>**Kenneth E. West, Esquire**<br>        Trustee/Respondent | **Bankruptcy No. 21-13401-amc**<br><br>**Chapter 13**<br><br>**Hearing Date: December 19, 2024**<br>**Hearing Time: 11:00 a.m.**<br>**Location: Courtroom #4, United States**<br>**Bankruptcy Court, Robert N.C. Nix Sr.**<br>**Federal Courthouse 900 Market Street,**<br>**Suite 204 Philadelphia, PA 19107** |

## CERTIFICATE OF SERVICE OF MOTION OF CSMC 2018-SP3 TRUST FOR RELIEF FROM THE AUTOMATIC STAY AND NOTICE OF MOTION

I, the undersigned, certify under penalty of perjury that I am, and at all times hereinafter mentioned, was more than 18 years of age, and that on **December 12, 2024** I served copies of the Motion for Relief from the Automatic Stay and Notice of Motion upon the parties in interest in this proceeding, by first class U.S. Mail, postage prepaid or electronic mail, at the following addresses:

Gerald E Kane
1146 St. Finegan Drive
West Chester, PA 19382

Marianne Kane

1146 St. Finegan Drive
West Chester, PA 19382

SHARON S. MASTERS
Law Office of Sharon S. Masters

132 Overleaf Drive
Thorndale, PA 19372

KENNETH E. WEST
Office of the Chapter 13 Standing Trustee
1234 Market Street - Suite 1813
Philadelphia, PA 19107

United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street
Suite 320
Philadelphia, PA 19107

Date: <u>12/12/2024</u>

**Robertson, Anschutz, Schneid, Crane
& Partners, PLLC**
Attorney for Movant
13010 Morris Rd., Suite 450
Alpharetta, GA 30004
By: <u>/s/ Robert Shearer</u>
Robert Shearer, Esquire
PA Bar Number 83745
Email: <u>rshearer@raslg.com</u>

21-13401-amc
23-163408
MFR

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| In re:<br><br>**Gerald E. Kane**<br><br>        Debtor<br><br>**Marianne Kane**<br><br>        Joint/Co Debtor<br><br>**CSMC 2018-SP3 TRUST**<br><br>        Movant<br><br>v.<br><br>**Gerald E. Kane**<br><br>        Debtor/Respondent<br><br>**Marianne Kane**<br><br>        Co-Debtor<br><br>**Kenneth E. West, Esquire**<br><br>        Trustee/Respondent | **Bankruptcy No. 21-13401-amc**<br><br>**Chapter 13**<br><br>**Hearing Date: December 19, 2024**<br>**Hearing Time: 11:00 a.m.**<br>**Location: Courtroom #4, United States**<br>**Bankruptcy Court, Robert N.C. Nix Sr.**<br>**Federal Courthouse 900 Market Street,**<br>**Suite 204 Philadelphia, PA 19107** |

**<u>ORDER OF COURT</u>**

AND NOW, this          day of          , 2024, upon consideration of CSMC 2018-SP3

TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C.

§ 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are

hereby unconditionally terminated with respect to CSMC 2018-SP3 TRUST; and it is further

ORDERED, that CSMC 2018-SP3 TRUST, its successors and/or assignees be entitled to

proceed with appropriate state court remedies against the property located at 1146 St. Finegan

Drive West Chester, PA 19382 including without limitation a sheriff's sale of the property, and it

is further

ORDERED that CSMC 2018-SP3 TRUST's request to waive the 14-day stay period

pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.


BY THE COURT


_____

Hon. Chief Judge Ashely M. Chan
U.S. Bankruptcy Court Judge