# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA
# PHILADELPHIA DIVISION

| | |
|---|---|
| **In re:**<br><br>**Gerald E. Kane**<br>         Debtor<br>**Marianne Kane**<br>         Joint/Co Debtor<br>**CSMC 2018-SP3 TRUST**<br><br>         Movant<br>v.<br>**Gerald E. Kane**<br>         Debtor/Respondent<br>**Marianne Kane**<br>         Co-Debtor<br>**Kenneth E. West, Esquire**<br>         Trustee/Respondent | **Bankruptcy No. 21-13401-amc**<br><br>**Chapter 13** |

## ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY
## AND CO-DEBTOR STAY

AND NOW, this _____ day of _____, 2024, upon consideration of CSMC 2018-SP3 Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to CSMC 2018-SP3 Trust; and it is further

ORDERED, that CSMC 2018-SP3 Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 1146 St. Finegan Drive West Chester, PA 19382 including without limitation a sheriff's sale of the property, and it is further

ORDERED that CSMC 2018-SP3 Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

**Date: December 19, 2024**

BY THE COURT

_____
Hon. Chief Judge Ashely M. Chan
U.S. Bankruptcy Court Judge