United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 21-13401-amc |
| Gerald E Kane | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Dec 20, 2024 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald E Kane, 1146 St. Finegan Drive, West Chester, PA 19382-2318 |
| cr | + | CSMC 2018-SP3 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | U.S. Bank National Association as trustee for Trum, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 21 2024 00:21:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2024 00:20:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bankruptcy@cavps.com | Dec 21 2024 00:21:00 | Cavalry SPV I, LLC, P.O. Box 4252, Greenwich, CT 06831-0405 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 21 2024 00:20:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd., suite 170, Duluth, GA 30097-8461 |

TOTAL: 4

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2024          Signature:     /s/Gustava Winters

District/off: 0313-2     User: admin     Page 2 of 2
Date Rcvd: Dec 20, 2024     Form ID: pdf900     Total Noticed: 7

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor Truman 2021 SC9 Title Trust bk@rgalegal.com |
| EMMANUEL J. ARGENTIERI | on behalf of Creditor U.S. Bank National Association as trustee for Truman 2021 SC9 title trust bk@rgalegal.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor CSMC 2018-SP3 Trust mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Select Portfolio Servicing  Inc. mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank National Association as trustee for Truman 2021 SC9 title trust mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor CSMC 2018-SP3 Trust rshearer@raslg.com |
| SHARON S. MASTERS | on behalf of Debtor Gerald E Kane shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**
**PHILADELPHIA DIVISION**

| | |
|---|---|
| **In re:**<br><br>**Gerald E. Kane**<br>      Debtor<br>**Marianne Kane**<br>      Joint/Co Debtor<br>**CSMC 2018-SP3 TRUST**<br><br>      Movant<br>v.<br>**Gerald E. Kane**<br>      Debtor/Respondent<br>**Marianne Kane**<br>      Co-Debtor<br>**Kenneth E. West, Esquire**<br>      Trustee/Respondent | **Bankruptcy No. 21-13401-amc**<br><br>**Chapter 13** |

**ORDER OF COURT GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY**

**AND CO-DEBTOR STAY**

AND NOW, this         day of           , 2024, upon consideration of CSMC 2018-SP3 Trust's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. § 362(d) and 11 U.S.C. § 1301, any response thereto and that it is not necessary for an effective reorganization, it is hereby

ORDERED, that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to CSMC 2018-SP3 Trust; and it is further

ORDERED, that CSMC 2018-SP3 Trust, its successors and/or assignees be entitled to proceed with appropriate state court remedies against the property located at 1146 St. Finegan Drive West Chester, PA 19382 including without limitation a sheriff's sale of the property, and it is further

ORDERED that CSMC 2018-SP3 Trust's request to waive the 14-day stay period pursuant to Fed.R.Bankr.P. 4001(a)(3) is granted.

**Date: December 19, 2024**

BY THE COURT

_____
Hon. Chief Judge Ashely M. Chan
U.S. Bankruptcy Court Judge