United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 21-13401-amc

Gerald E Kane     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Jan 17, 2025     Form ID: pdf900     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Gerald E Kane, 1146 St. Finegan Drive, West Chester, PA 19382-2318 |
| cr | + | CSMC 2018-SP3 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004, UNITED STATES 30004-2001 |
| cr | + | U.S. Bank National Association as trustee for Trum, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14897223 | + | CSMC 2018-SP3 Trust, Robertson, Anschutz, Schneid, Crane, 13010 Morris Road, Suite 450, Alpharetta, GA 30004-2001 |
| 14897461 | + | CSMC 2018-SP3 Trust, Robertson, Anschutz, Schneid, Crane & Pa, c/o Robert Shearer, 130 Clinton RD #202, Fairfield, NJ 07004-2927 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jan 18 2025 00:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 18 2025 00:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: bankruptcy@cavps.com | Jan 18 2025 00:59:00 | Cavalry SPV I, LLC, P.O. Box 4252, Greenwich, CT 06831-0405 |
| cr | + | Email/Text: RASEBN@raslg.com | Jan 18 2025 00:58:00 | Select Portfolio Servicing, Inc., Robertson, Anschutz, Schneid, Crane & Pa, 10700 Abbott's Bridge Rd., suite 170, Duluth, GA 30097-8461 |
| 14669988 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Jan 18 2025 00:59:00 | CSMC 2018-SP3 Trust, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |
| 14659916 | ^ | MEBN | Jan 18 2025 00:36:49 | CSMC 2018-SP3 Trust, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14659155 | + | Email/Text: bankruptcy@cavps.com | Jan 18 2025 00:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14658371 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 18 2025 01:17:33 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14673995 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2025 01:18:38 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14659569 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 18 2025 01:17:25 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14671576 | + | Email/Text: RASEBN@raslg.com | Jan 18 2025 00:58:00 | RAS Crane & Partners, LLC, 10700 Abbott's Bridge Rd, suite 170, Duluth, GA 30097-8461 |
| 14662881 | + | Email/Text: RASEBN@raslg.com | Jan 18 2025 00:58:00 | Select Portfolio Servicing, Inc, c/o Robertson, |

| | | | |
|---|---|---|---|
| | | | Anschutz et al., 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14658372 | + Email/Text: BKSPSElectronicCourtNotifications@spservicing.com Jan 18 2025 00:59:00 | | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 14839437 | + Email/Text: nsm_bk_notices@mrcooper.com Jan 18 2025 00:58:00 | | Truman 2021 SC9 Title Trust, c/o Rushmore Servicing, P.O. Box 619094, Dallas, TX 75261-9094 |
| 14671577 | + Email/Text: RASEBN@raslg.com Jan 18 2025 00:58:00 | | US Bank NA, c/o Robertson, Anschutz, Schneid, Crane, Partners, PLLC, 130 Clinton Rd #202, Fairfield, NJ 07004-2927 |
| 14674631 | Email/Text: nsm_bk_notices@mrcooper.com Jan 18 2025 00:58:00 | | US Bank, NA as Trustee for, Truman 2021 SC9 Title Trust, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 14658373 | + Email/Text: bkelectronicnotices@usaa.com Jan 18 2025 00:58:00 | | USAA Federal Savings Bank, Attn: Bankruptcy, 10750 Mcdermott Freeway, San Antonio, TX 78288-1600 |
| 14674909 | + Email/Text: RASEBN@raslg.com Jan 18 2025 00:58:00 | | USAA Federal Savings Bank, c/o Robertson, Anschutz,, Schneid & Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 19, 2025         Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2025 at the address(es) listed below:

**Name**   **Email Address**

DENISE ELIZABETH CARLON
on behalf of Creditor CSMC 2018-SP3 Trust bkgroup@kmllawgroup.com

EMMANUEL J. ARGENTIERI
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity, but solely as trustee of the Truman 2021 SC9 Title Trust bk@rgalegal.com

EMMANUEL J. ARGENTIERI
on behalf of Creditor Truman 2021 SC9 Title Trust bk@rgalegal.com

EMMANUEL J. ARGENTIERI
on behalf of Creditor U.S. Bank National Association as trustee for Truman 2021 SC9 title trust bk@rgalegal.com

KENNETH E. WEST
ecfemails@ph13trustee.com  philaecf@gmail.com

District/off: 0313-2    User: admin    Page 3 of 3
Date Rcvd: Jan 17, 2025    Form ID: pdf900    Total Noticed: 23

| Name | Details |
|---|---|
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor Select Portfolio Servicing Inc. mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor U.S. Bank National Association as trustee for Truman 2021 SC9 title trust mimcgowan@raslg.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor CSMC 2018-SP3 Trust mimcgowan@raslg.com |
| ROBERT BRIAN SHEARER | on behalf of Creditor CSMC 2018-SP3 Trust rshearer@raslg.com |
| SHARON S. MASTERS | on behalf of Debtor Gerald E Kane shmasters@hotmail.com G65312@notify.cincompass.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    GERALD  E KANE<br><br><br>                   Debtor | Chapter 13<br><br>Bankruptcy No. 21-13401-AMC |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date: January 17, 2025

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge