# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Gerald E. Kane**<br>**Debtor(s)**<br><br>**CSMC 2018-SP3 Trust**<br>**Movant**<br>vs.<br><br>**Gerald E. Kane**<br>**Debtor(s)**<br><br>**Kenneth E. West,**<br>**Trustee** | **BK NO. 21-13401 ELF**<br><br>**Chapter 13**<br><br>**Related to Claim No. 3** |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>January 10, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Gerald E. Kane
1146 St. Finegan Drive
West Chester, PA 19382

Attorney for Debtor(s)
Joseph F. Claffy, Esq.
Joseph F. Claffy & Associates, P.C.
26 South Church Street Suite 1 South
West Chester, PA 19382

Trustee
Kenneth E. West
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service: electronic means or first class mail

Dated: <u>January 10, 2023</u>

**/s/Michael P. Farrington Esq.**
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com